**MAGISTRATE JUDGE'S MINUTES**
**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA – PHOENIX**

| | |
|---|---|
| **U.S. Magistrate Judge:** Alison S. Bachus | **Date:** April 1, 2024 |
| **USA v. James Fernandes** | **Case No.:** 24-6126MJ-01-PHX-ASB |

**Assistant U.S. Attorney**: Joseph Bozdech
**Attorney for Defendant**: Madeline Mayer, AFPD
**Defendant**: Present and in custody
**Interpreter**: N/A
**Date of Arrest**: 3/27/2024

**INITIAL APPEARANCE ON RULE 5 COMPLAINT from the Central District of California. (5:24-mj-00127)**

The Government moves to UNSEAL the case. **SO ORDERED.** FINANCIAL AFFIDAVIT TAKEN. The Court finds that the Defendant qualifies for court-appointed counsel and appoints AFPD Madeline Mayer for Defendant, for proceedings held in the District of Arizona ONLY. Defendant states TRUE NAME to be James Anthony Fernandes. Further proceedings ordered in Defendant's true name. Defendant WAIVES the Identity Hearing. The Court accepts the Defendant's waiver and finds that identity has been established. The Government is seeking detention. Request **GRANTED**. Pretrial Services is directed to screen the Defendant for possible placement at Crossroads and for an Addendum to be provided to the Court prior to the Detention Hearing. Defendant is ordered temporarily detained pending further proceedings.

As required by Rule 5(f), the United States is ordered to produce all information required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges, and contempt proceedings.

**IT IS FURTHER ORDERED** setting a Detention Hearing for Friday, April 5, 2024, at 1:30 p.m. before Magistrate Judge Alison S. Bachus in courtroom 304.

Recorded by CourtSmart
Deputy Clerk Stephanie Ferdig

**R5 IA: 4 mins**
**ID: 3 mins**
**Start: 3:23 p.m.**
**Stop: 3:30 p.m.**

cc: AUSA/Def Cnsl